IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 5:18-CR-172-02 |
| | § | |
| WILKIN PEREZ-PEREZ | § | |

## UNOPPOSED MOTION TO CONTINUE FINAL PRE TRIAL DATE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WILKIN PEREZ-PEREZ**, Defendant, and brings this Unopposed Motion to Continue his Final Pre-Trial Date, which is set for November 10th, 2020 at 3:30 p.m.

**I.**

**Wilkin Perez-Perez** requests a continuance of his final pre-trial date so that his attorney may have additional time to conduct his investigation of this case. The case involves a decent amount of discovery and medical records that need to be thoroughly reviewed by counsel.

This indictment also carries a penalty of death or imprisonment for any term of years or for life and counsel would like to be accurate in his recommendation to his client as to how to proceed on the decision to enter a plea agreement or not.

**WHEREFORE PREMISES CONSIDERED**, counsel for the Defendant moves this Honorable Court to grant this Unopposed Motion to Continue Final Pre-Trial Date and reset this case for a later date.

Respectfully submitted,

s/Arturo Gallegos  
Arturo Gallegos  
Attorney for Wilkin Perez-Perez  
1102 Scott Street  
Laredo, Texas 78040  
(956)727-2800  
(956)727-2798 fax  
SBN 24027384

### CERTIFICATE OF SERVCE

I hereby certify that on this the 2nd day of November, 2022, a copy of the foregoing Unopposed Motion to Continue Final Pre-Trial Date was served by notification of Electronic Filing to The United States Attorney's Office in Laredo, Texas 78040.

s/Arturo Gallegos  
Arturo Gallegos

### CONFERENCE WITH UNITED STATES ATTORNEY

Counsel conferred with Brandon Scott Bowling, the Assistant United States Attorney of record, on the 1st day of November, 2022 and he informed counsel that he is unopposed to this motion.

s/Arturo Gallegos  
Arturo Gallegos